| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB | |
| In Re:<br>Christopher Bailey aka Chris Bailey<br>&<br>Judith A. Bailey<br><br>Debtor | Case No: 16-22255 VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

14 South Hall Court Wayne, NJ 07470

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:10/12/2017

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquie
        Denise Carlon, Esquire
        Brian C. Nicholas, Esquire
        **KML Law Group, P.C.**
        216 Haddon Avenue, Ste. 406
        Westmont, NJ 08108
        (609) 250-0700 (NJ)
        (215) 627-1322 (PA)
        FAX: (609) 385-2214
        Attorney for Movant/Applicant

*new 8/1/15*