Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−22255−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher Bailey                            Judith A. Bailey
   aka Chris Bailey                              14 South Hall Court
   14 South Hall Court                         Wayne, NJ 07470
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−4116                                      xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 8, 2016.

On 11/1/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 December 7, 2017
Time:                10:00 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 2, 2017
JAN: wdh

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22255-VFP
Christopher Bailey                                                              Chapter 13
Judith A. Bailey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Nov 02, 2017
                              Form ID: 185               Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
```
db/jdb         +Christopher Bailey,    Judith A. Bailey,    14 South Hall Court,    Wayne, NJ 07470-2983
cr             +CIT Bank, N.A. as servicer for Wilmington Trust, N,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr              Indymac Mortgage Services,    Robertson, Anschutz & Schneid P.L.,    Boca Raton, FL  33487,
                 UNITED STATES
516299111      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO BOX 182852,    Arlinton, TX 76096-2852
516254128      +Atlantic Neurosurgical,    310 Madison Ave, Ste. 300,    Morristown, NJ 07960-6996
516254129      +Brian P. Trava, DMD,    230 Everett Ave.,    Wyckoff, NJ 07481-1943
516254130     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516338875      +CIT Bank, N.A.,    P.O. Box 9013,    Addison, Texas 75001-9013
516320676     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:  CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
516291632       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516414841       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516254131      +CarePoint Health Medical Group,    10 Exchange Place,    15th Floor,    Jersey City, NJ 07302-4934
516254133      +Chilton Medical Center,    97 West Parkway,    Pompton Plains, NJ 07444-1696
516254135      +Comenitycapital/bjsclb,    Po Box 182120,    Columbus, OH 43218-2120
516254136      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516254138      +David B. Watner, Esq.,    1129 Bloomfield Ave.,    Ste. 208,    Caldwell, NJ 07006-7123
516254139      +ENT and Allergy Associates, LLC,    PO Box 5001,    White Plains, NY 10602-5001
516254141      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516254142      +H Abessi, MD,    502 Hamburg Turnpike,    Ste. 102,    Wayne, NJ 07470-8446
516254143      +HCFS Healthcare Financial Services, LLC,    AKRON Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
516254146      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
516254147       Medical Business Bureau, LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
516254148      +Montclair Radiology,    777 Passaic Ave, Ste. 360,    Clifton, NJ 07012-1800
516302998      +Morristown Pathology Assoc.,    65 Madison Ave.,    Morristown, NJ 07960-7307
516302999      +NAPA, LLC,    PO Box 49,    Glen Head, NY 11545-0049
516254152      +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
516254153      +NJ Gastro and Endo Assoc., PA,    1825 Route 23 South,    Wayne, NJ 07470-7510
516300310      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516340135      +New Jersey Turnpike Authority, Esq.,    PO BOX 5042,    Woodbridge, NJ 07095-5042
516254151      +New Jersey Urology,    1515 Broad Street,    Ste. B130,    Bloomfield, NJ 07003-3085
516431457      +North American Partners in Anesthesia NJ,    PO Box 49,    Glen Head, NY 11545-0049
516254157       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516254154      +Plains Cardio-Pulmonary Associates,    11-I Brookside Heights,    Wanaque, NJ 07465-1622
516254155      +Pluese, Becker & Saltzman,    20000 Horison Waye, Ste. 900,    Mount Laurel, NJ 08054-4318
516254156      +Point View Radiology Associates, P.C.,    PO Box 9132,    Brookline, MA 02446-9132
516254158      +Revenue Management Services Corp.,    PO Box 808,    Union, NJ 07083-0808
516254150     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
516254162      +St. Joseph's Hospital,    224 Hamburg Tpke,    Wayne, NJ 07470-2124
516254163      +Suburban Nephrology Group,    342 Hamburg Turnpike,    #201,    Wayne, NJ 07470-2166
516254165      +Township of Wayne,    475 Valley Road,    Wayne, NJ 07470-3532
516254166       UTC Billing Dept.,    PO Box 145465,    Cincinnati, OH 45250-5465
516254167      +Verizon Wireless,    PO Box 408,    Newark, NJ 07101-0408
516254168      +Wayne EMA,    PO Box 417442,    Boston, MA 02241-7442
516254169      +Wayne Emergency Medical Assoc,    PO Box 5514,    Parsippany, NJ 07054-6514
516254170      +Wayne Pathologists, PA,    PO Box 51048,    Newark, NJ 07101-5148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516410414      +E-mail/Text: bncmail@w-legal.com Nov 02 2017 22:42:10     CarePoint Health - Hospital,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516410041      +E-mail/Text: bncmail@w-legal.com Nov 02 2017 22:42:10     CarePoint Health - Physican CHMG,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516254132      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 02 2017 22:41:53
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516254140      +E-mail/Text: bankruptcies@escallate.com Nov 02 2017 22:41:22     Escallate, LLC,
                 PO Box 645425,    Cincinnati, OH 45264-5425
516254144      +E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 22:41:42     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-2           User: admin               Page 2 of 3                  Date Rcvd: Nov 02, 2017
                               Form ID: 185              Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516254145      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2017 22:41:33      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516398537      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2017 22:42:02      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516254149      +E-mail/PDF: pa_dc_claims@navient.com Nov 02 2017 23:29:43      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516272786       E-mail/PDF: pa_dc_litigation@navient.com Nov 02 2017 22:44:34
                 Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
516364494       E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2017 22:41:57
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516254159      +E-mail/Text: bkrpt@retrievalmasters.com Nov 02 2017 22:42:01      RMCB,   PO Box 1235,
                 Elmsford, NY 10523-0935
516302996      +E-mail/Text: Supportservices@receivablesperformance.com Nov 02 2017 22:42:41
                 Receivables Performance Management, LLC,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
516254161       E-mail/Text: appebnmailbox@sprint.com Nov 02 2017 22:42:00      Sprint,   PO Box 4191,
                 Carol Stream, IL 60197-4191
516323721       E-mail/Text: appebnmailbox@sprint.com Nov 02 2017 22:42:00      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
516254160      +E-mail/Text: bankruptcy@savit.com Nov 02 2017 22:42:51      Sa-vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
516254164      +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 22:34:57      Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
cr*          ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
516410554*     +CarePoint Health - Physican CHMG,   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
516431456*     +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
516302997*     +NJ EZ Pass,    PO Box 4971,   Trenton, NJ 08650-4971
516254134     ##+CIT Bank, N.A.,    PO Box 78826,   Phoenix, AZ 85062-8826
516254137     ##+Darryl R. Voight OD PC,    879 Black Oak Ridge Road,    Wayne, NJ 07470-6400
                                                                                        TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Christopher  Bailey cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Christopher J. Balala    on behalf of Joint Debtor Judith A. Bailey cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
```

```
District/off: 0312-2           User: admin                  Page 3 of 3                  Date Rcvd: Nov 02, 2017
                               Form ID: 185                 Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale y.com;dmedina@scura.com

         David L. Stevens    on behalf of Debtor Christopher  Bailey dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale y.com;dmedina@scura.com

         Denise E. Carlon    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

         Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A. as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset Backed Certificat nj_ecf_notices@buckleymadole.com

         John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com

         Justin  Plean    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

         Laura M. Egerman    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

         Marie-Ann  Greenberg    magecf@magtrustee.com

         Rebecca Ann Solarz    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com

         TOTAL: 11