Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Christopher Bailey**
**Judith A Bailey**

Debtor(s)

Case No.: **16-22255**
Judge: **VFP**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original   ☑ Modified/Notice Required   Date: **11/1/2017**
☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **CJB**   Initial Debtor: **C B**   Initial Co-Debtor **JAB**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **740.00 Monthly** to the Chapter 13 Trustee, starting on **November 1, 2017** for approximately **44** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future Earnings
☑ Other sources of funding (describe source, amount and date when funds are available):**$15,700 already paid into plan.**

   c. Use of real property to satisfy plan obligations:
       ☐ Sale of real property
       Description:
       Proposed date for completion: _____

       ☐ Refinance of real property:
       Description:
       Proposed date for completion: _____

       ☐ Loan modification with respect to mortgage encumbering property:
       Description:
       Proposed date for completion: _____

   d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
   e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     **X NONE**

   a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

   b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

   a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP** | **Administrative** | **Amount to be determined by further application to the court** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **1,214.42** |

   b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☑ None
   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| CIT Bank, N.A. | 14 South Hall Court Wayne, NJ 07470 Passaic County | 28,024.55 | 0 | 28,024.55 | 2,677.43 |
| CIT Bank, N.A. | 14 South Hall Court Wayne, NJ 07470 Passaic County | 7,969.40 (post-petition arrears) | 0 | 7,969.40 (post-petition arrears) | 2,677.43 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Credit Acceptance Corp - auto loan** |

### g. Secured Claims to be Paid in Full Through the Plan ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Township of Wayne** | 14 South Hall Court Wayne, NJ 07470 Passaic County | 566.57 |

## Part 5:  Unsecured Claims     ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases     ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Gm Financial** | 0.00 | **Auto lease** | **Assumed** | 298.00 |

## Part 7:  Motions     X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J.**

**LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **-NONE-** |   |   |   |   |   |

### Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:
        1)    Ch. 13 Standing Trustee Commissions
        2)    **Other Administrative Claims**
        3)    **Secured Claims**
        4)    **Lease Arrearages**
        5)    **Priority Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: Modification | ■ NONE |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **7/17/2017**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To change term of plan to 60 months and pay the post-petition arrears owed to CIT mortgage.** | **Part 1, section a of plan updated to reflect a total term of 60 months. Part 4, section a updated to reflect the inclusion of the post-petition arrears.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | **November 1, 2017** | **/s/ Christopher J. Balala** |
|---|---|---|
| | | **Christopher J. Balala** |
| | | Attorney for the Debtor |
| Date: | **November 1, 2017** | **/s/ Christopher Bailey** |
| | | **Christopher Bailey** |
| | | Debtor |
| Date: | **November 1, 2017** | **/s/ Judith A Bailey** |
| | | **Judith A Bailey** |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

| Date | **November 1, 2017** | **/s/ Christopher J. Balala** |
|---|---|---|
| | | **Christopher J. Balala** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | **November 1, 2017** | **/s/ Christopher Bailey** |
|---|---|---|
| | | **Christopher Bailey** |
| | | Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Date: | **November 1, 2017** | /s/ Judith A Bailey |
|---|---|---|
| | | **Judith A Bailey** |
| | | Joint Debtor |

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 16-22255-VFP
Christopher Bailey                                                  Chapter 13
Judith A. Bailey
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                 Page 1 of 3                  Date Rcvd: Nov 02, 2017
                             Form ID: pdf901             Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db/jdb         +Christopher Bailey,    Judith A. Bailey,    14 South Hall Court,     Wayne, NJ 07470-2983
cr             +CIT Bank, N.A. as servicer for Wilmington Trust, N,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr              Indymac Mortgage Services,    Robertson, Anschutz & Schneid P.L.,    Boca Raton, FL 33487,
                 UNITED STATES
516299111      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO BOX 182852,    Arlinton, TX 76096-2852
516254128      +Atlantic Neurosurgical,    310 Madison Ave, Ste. 300,    Morristown, NJ 07960-6996
516254129      +Brian P. Trava, DMD,    230 Everett Ave.,    Wyckoff, NJ 07481-1943
516254130     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
516338875      +CIT Bank, N.A.,    P.O. Box 9013,   Addison, Texas 75001-9013
516320676     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
516291632       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516414841       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516254131      +CarePoint Health Medical Group,    10 Exchange Place,    15th Floor,   Jersey City, NJ 07302-4934
516254133      +Chilton Medical Center,    97 West Parkway,    Pompton Plains, NJ 07444-1696
516254135      +Comenitycapital/bjsclb,    Po Box 182120,    Columbus, OH 43218-2120
516254136      +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
516254138      +David B. Watner, Esq.,    1129 Bloomfield Ave.,    Ste. 208,    Caldwell, NJ 07006-7123
516254139      +ENT and Allergy Associates, LLC,    PO Box 5001,    White Plains, NY 10602-5001
516254141      +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
516254142      +H Abessi, MD,    502 Hamburg Turnpike,    Ste. 102,   Wayne, NJ 07470-8446
516254143      +HCFS Healthcare Financial Services, LLC,    AKRON Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
516254146      +LabCorp,    PO Box 2240,   Burlington, NC 27216-2240
516254147       Medical Business Bureau, LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
516254148      +Montclair Radiology,    777 Passaic Ave, Ste. 360,    Clifton, NJ 07012-1800
516302998      +Morristown Pathology Assoc.,    65 Madison Ave.,    Morristown, NJ 07960-7307
516302999      +NAPA, LLC,    PO Box 49,   Glen Head, NY 11545-0049
516254152      +NJ EZ Pass,    PO Box 4971,   Trenton, NJ 08650-4971
516254153      +NJ Gastro and Endo Assoc., PA,    1825 Route 23 South,    Wayne, NJ 07470-7510
516300310      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516340135      +New Jersey Turnpike Authority, Esq.,    PO BOX 5042,    Woodbridge, NJ 07095-5042
516254151      +New Jersey Urology,    1515 Broad Street,    Ste. B130,   Bloomfield, NJ 07003-3085
516431457      +North American Partners in Anesthesia NJ,    PO Box 49,    Glen Head, NY 11545-0049
516254157      +PSE&G,    P.O. Box 14444,   New Brunswick, NJ 08906-4444
516254154      +Plains Cardio-Pulmonary Associates,    11-I Brookside Heights,    Wanaque, NJ 07465-1622
516254155      +Pluese, Becker & Saltzman,    20000 Horison Waye, Ste. 900,    Mount Laurel, NJ 08054-4318
516254156      +Point View Radiology Associates, P.C.,    PO Box 9132,    Brookline, MA 02446-9132
516254158      +Revenue Management Services Corp.,    PO Box 808,    Union, NJ 07083-0808
516254150     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
516254162      +St. Joseph’s Hospital,    224 Hamburg Tpke,    Wayne, NJ 07470-2124
516254163      +Suburban Nephrology Group,    342 Hamburg Turnpike,    #201,    Wayne, NJ 07470-2166
516254165      +Township of Wayne,    475 Valley Road,    Wayne, NJ 07470-3532
516254166       UTC Billing Dept.,    PO Box 145465,   Cincinnati, OH 45250-5465
516254167      +Verizon Wireless,    PO Box 408,   Newark, NJ 07101-0408
516254168      +Wayne EMA,    PO Box 417442,   Boston, MA 02241-7442
516254169      +Wayne Emergency Medical Assoc,    PO Box 5514,    Parsippany, NJ 07054-6514
516254170      +Wayne Pathologists, PA,    PO Box 51048,    Newark, NJ 07101-5148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:04      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516410414      +E-mail/Text: bncmail@w-legal.com Nov 02 2017 22:42:10      CarePoint Health - Hospital,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516410041      +E-mail/Text: bncmail@w-legal.com Nov 02 2017 22:42:10      CarePoint Health - Physican CHMG,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516254132      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 02 2017 22:41:53
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516254140      +E-mail/Text: bankruptcies@escallate.com Nov 02 2017 22:41:22      Escallate, LLC,
                 PO Box 645425,    Cincinnati, OH 45264-5425
516254144      +E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 22:41:42      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-2           User: admin                Page 2 of 3              Date Rcvd: Nov 02, 2017
                               Form ID: pdf901            Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516254145        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2017 22:41:33       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516398537        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2017 22:42:02       MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
516254149        +E-mail/PDF: pa_dc_claims@navient.com Nov 02 2017 22:35:37       Navient,    Po Box 9500,
                  Wilkes Barre, PA 18773-9500
516272786         E-mail/PDF: pa_dc_litigation@navient.com Nov 02 2017 22:35:00
                  Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                  P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
516364494         E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2017 22:41:56
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA 98083-0788
516254159        +E-mail/Text: bkrpt@retrievalmasters.com Nov 02 2017 22:42:01       RMCB,    PO Box 1235,
                  Elmsford, NY 10523-0935
516302996        +E-mail/Text: Supportservices@receivablesperformance.com Nov 02 2017 22:42:41
                  Receivables Performance Management, LLC,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
516254161         E-mail/Text: appebnmailbox@sprint.com Nov 02 2017 22:42:00       Sprint,    PO Box 4191,
                  Carol Stream, IL 60197-4191
516323721         E-mail/Text: appebnmailbox@sprint.com Nov 02 2017 22:42:00       Sprint Corp.,
                  Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
516254160        +E-mail/Text: bankruptcy@savit.com Nov 02 2017 22:42:51       Sa-vit Collection Agen,
                  46 W Ferris St,    East Brunswick, NJ 08816-2159
516254164        +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 22:34:57       Syncb/care Credit,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                  Southfield, MI  48034)
cr*            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                  Southfield, MI  48034)
516410554*       +CarePoint Health - Physican CHMG,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
516431456*       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516302997*       +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
516254134       ##+CIT Bank, N.A.,    PO Box 78826,    Phoenix, AZ 85062-8826
516254137       ##+Darryl R. Voight OD PC,    879 Black Oak Ridge Road,    Wayne, NJ 07470-6400
                                                                                  TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
         Christopher J. Balala    on behalf of Debtor Christopher  Bailey cbalala@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
         Christopher J. Balala    on behalf of Joint Debtor Judith A. Bailey cbalala@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
```

```
District/off: 0312-2          User: admin             Page 3 of 3              Date Rcvd: Nov 02, 2017
                              Form ID: pdf901         Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale y.com;dmedina@scura.com

        David L. Stevens    on behalf of Debtor Christopher  Bailey dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale y.com;dmedina@scura.com

        Denise E. Carlon    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A. as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset Backed Certificat nj_ecf_notices@buckleymadole.com

        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com

        Justin  Plean    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

        Laura M. Egerman    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Rebecca Ann Solarz    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com

                                                    TOTAL: 11