UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CITBank, N.A.

In Re:

Christopher Bailey & Judith Bailey,

Debtors.

Case No.:        16-22255-VFP

Chapter:              13

Hearing Date:    11/16/2017

Judge:            Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 14 South Hall Court, Wayne, NJ (Docket # 53)

_____

Date: 11/15/2017                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*