UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
215-
dcarlon@kmllawgroup.com
Attorneys for CIT Bank, N.A.

**Order Filed on December 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christopher Bailey & Judith Bailey,

Debtors.

| | |
|---|---|
| Case No.: | 16-22255-VFP |
| Judge: | Vincent F. Papalia |
| Hearing Date(s): | 11/16/2017 |
| Chapter: | 13 |

Recommended Local Form        ☒ Followed        ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: December 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | CIT Bank, N.A. |
| Applicant's Counsel: | Denise Carlon, KML Law Group |
| Debtor's Counsel: | Christopher Balala, Esq. |
| Property Involved ("Collateral"): | 14 South Hall Court, Wayne, NJ 07470 |

Relief sought:   ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒   The Debtor is overdue for __4__ months, from __8/1/2017__ to __11/1/2017__.

    ☒   The Debtor is overdue for __4__ payments at $ __2,677.43__ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☐   Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

    Total Arrearages Due  $_____10,709.72_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐   Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☐   Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

    ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☒   The amount of $___10,709.72___ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ __per mod plan__ per month.

3.  Payments to the Secured Creditor shall be made to the following address(es):

    ☐   Immediate payment:            _____

                                      _____

                                      _____

    ☒   Regular monthly payment:      CIT Bank, N.A. attn: Cashiering Dept.

                                      6900 Beatrice Drive

                                      Kalamazoo, MI 49009

    ☐   Monthly cure payment:         _____

                                      _____

                                      _____

4.  In the event of Default:

    ☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

    ☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

    ☒   The Applicant is awarded attorneys fees of $_____350_____, and costs of $_____181_____.

        The fees and costs are payable:

        ☒   through the Chapter 13 plan.

        ☐   to the Secured Creditor within _____ days.

    ☐   Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:
Christopher Bailey
Judith A. Bailey
    Debtors

Case No. 16-22255-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 13, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb        +Christopher Bailey,    Judith A. Bailey,    14 South Hall Court,    Wayne, NJ 07470-2983

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
         Christopher J. Balala    on behalf of Joint Debtor Judith A. Bailey cbalala@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
         Christopher J. Balala    on behalf of Debtor Christopher  Bailey cbalala@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
         David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
          y.com;dmedina@scura.com
         David L. Stevens    on behalf of Debtor Christopher  Bailey dstevens@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
          y.com;dmedina@scura.com
         Denise E. Carlon    on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
          Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor   CIT Bank, N.A. as servicer for Wilmington Trust,
          National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset
          Backed Securities Trust 2007-2, Asset Backed Certificat nj_ecf_notices@buckleymadole.com,
          NJ_ECF_Notices@McCalla.com
         John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Justin Plean    on behalf of Creditor   Indymac Mortgage Services bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Laura M. Egerman    on behalf of Creditor   Indymac Mortgage Services bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
          Bank, FSB rsolarz@kmllawgroup.com
                                                                                                                        TOTAL: 11