| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> Marie-Ann Greenberg MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> ~~Chapter 13 Standing Trustee~~ <br>   IN RE: <br><br>   CHRISTOPHER BAILEY <br>   JUDITH A. BAILEY |

Case No.:  16-22255

Adv. No.:

Hearing Date:

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/18/2017, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
CHRISTOPHER BAILEY
JUDITH A. BAILEY
14 SOUTH HALL COURT
WAYNE, NJ  07470
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  December 18, 2017                                   By:   /S/  Lauren O'Shea
                                                                          Lauren O'Shea