SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
**Chapter 13 Case # 16-22255**

| Re: | CHRISTOPHER BAILEY | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP |
|---|---|---|---|
| | JUDITH A. BAILEY | | 1599 HAMBURG TURNPIKE |
| | 14 SOUTH HALL COURT | | WAYNE, NJ  07470 |
| | WAYNE,  NJ  07470 | | |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $48,260.00**

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/13/2016 | $200.00 | 3160840000 - | 08/01/2016 | $200.00 | 3200693000 - |
| 08/30/2016 | $1,300.00 | 3279438000 - | 09/30/2016 | $1,300.00 | 3355560000 - |
| 11/07/2016 | $1,300.00 | 3457906000 - | 12/19/2016 | $1,300.00 | 3563159000 - |
| 01/30/2017 | $1,300.00 | 3662464000 - | 03/09/2017 | $1,300.00 | 3784067000 - |
| 04/10/2017 | $1,300.00 | 3871343000 - | 05/11/2017 | $1,300.00 | 3956488000 - |
| 06/08/2017 | $1,300.00 | 4028384000 - | 07/12/2017 | $1,300.00 | 4118771000 - |
| 09/08/2017 | $1,300.00 | 4270383000 - | 10/10/2017 | $1,000.00 | 4344942000 - |
| 12/21/2017 | $740.00 | 4532605000 - | 12/28/2017 | $740.00 | 4545941000 - |

**Total Receipts:  $17,180.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $17,180.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | | |
| | 02/21/2017 | $19.20 | 773,575 | | 03/13/2017 | $19.20 | 775,555 |
| | 04/14/2017 | $19.20 | 777,322 | | 05/15/2017 | $19.19 | 779,208 |
| | 06/19/2017 | $19.20 | 781,163 | | 07/17/2017 | $19.55 | 783,227 |
| | 08/14/2017 | $19.17 | 785,000 | | 10/16/2017 | $19.97 | 788,874 |
| | 11/20/2017 | $14.75 | 790,468 | | | | |
| CIT BANK NA | | | | | | | |
| | 12/19/2016 | $203.62 | 769,660 | | 02/21/2017 | $1,180.24 | 773,458 |
| | 03/13/2017 | $1,180.24 | 775,457 | | 04/14/2017 | $1,180.24 | 777,205 |
| | 05/15/2017 | $1,180.24 | 779,085 | | 06/19/2017 | $1,180.25 | 781,032 |
| | 07/17/2017 | $1,202.00 | 783,110 | | 08/14/2017 | $1,179.01 | 784,886 |
| | 10/16/2017 | $1,227.87 | 788,770 | | 11/20/2017 | $906.93 | 790,352 |
| TOWNSHIP OF WAYNE | | | | | | | |
| | 02/21/2017 | $27.98 | 775,057 | | 03/13/2017 | $23.86 | 776,815 |
| | 04/14/2017 | $23.86 | 778,702 | | 05/15/2017 | $23.86 | 780,609 |
| | 06/19/2017 | $23.86 | 782,645 | | 07/11/2017 | ($23.86) | 776,815 |
| | 07/17/2017 | $25.61 | 784,490 | | 08/14/2017 | $25.12 | 786,318 |
| | 10/16/2017 | $26.16 | 789,950 | | 11/20/2017 | $19.32 | 791,847 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 11/15/2016 | $198.86 | 8,000,202 | | 12/19/2016 | $1,015.56 | 8,000,218 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 879.42 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,707.64 | 100.00% | 2,707.64 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ATLANTIC NEUROSURGICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BRIAN P TRAVA DMD PA | UNSECURED | 714.85 | * | 0.00 | |
| 0003 | CIT BANK NA | MORTGAGE ARRE | 28,024.55 | 100.00% | 10,620.64 | |
| 0004 | CAPITAL ONE BANK | UNSECURED | 3,237.90 | * | 0.00 | |
| 0005 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 300.00 | * | 0.00 | |
| 0007 | CHILTON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 2,893.72 | * | 0.00 | |
| 0009 | CREDIT ACCEPTANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DARRYL R. VOIGHT OD PC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | ENT AND ALLERGY ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | H ABESSI, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HCFS HEALTHCARE FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 1,214.42 | 100.00% | 1,214.42 | |
| 0018 | CAPITAL ONE NA | UNSECURED | 372.03 | * | 0.00 | |
| 0019 | LABCORP | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 204.00 | * | 0.00 | |
| 0021 | MONTCLAIR RADIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NJ GASTRO AND ENDO ASSOC., PA | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | USA FUNDS MC E2148 | UNSECURED | 20,033.64 | * | 0.00 | |
| 0026 | NEW JERSEY UROLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PLAINS CARDIO-PULMONARY ASSOCIAT | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | POINT VIEW RADIOLOGY ASSOCIATES, P | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | RMCB | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SA-VIT COLLECTION AGEN | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SPRINT CORP | UNSECURED | 1,604.42 | * | 0.00 | |
| 0035 | ST. JOSEPH'S HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | SUBURBAN NEPHROLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MIDLAND FUNDING LLC | UNSECURED | 377.74 | * | 0.00 | |
| 0038 | TOWNSHIP OF WAYNE | SECURED | 566.57 | 100.00% | 195.77 | |
| 0039 | UTC BILLING DEPT. | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | VERIZON WIRELESS | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | WAYNE EMA | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | WAYNE PATHOLOGISTS, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | LABCORP | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | NAVIENT SOLUTIONS INC | UNSECURED | 7,097.09 | * | 0.00 | |
| 0048 | POINT VIEW RADIOLOGY ASSOCIATES, P | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | UTC BILLING DEPT. | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | UNITED STATES TREASURY/IRS | UNSECURED | 146.89 | * | 0.00 | |
| 0052 | MORRISTOWN PATHOLOGY ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | NAPA LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | NJ EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0056 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 2,908.90 | * | 0.00 | |
| 0057 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 348.00 | * | 0.00 | |
| 0058 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 168.22 | * | 0.00 | |
| 0059 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 348.00 | * | 0.00 | |
| 0060 | CAREPOINT HEALTH HOSPITAL | UNSECURED | 104.10 | * | 0.00 | |
| 0061 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 300.00 | * | 0.00 | |
| 0062 | CAREPOINT HEALTH HOSPITAL | UNSECURED | 49,154.86 | * | 0.00 | |
| 0063 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 100.24 | * | 0.00 | |

**Chapter 13 Case # 16-22255**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0064 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 300.00 | * | 0.00 | |
| 0065 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 300.00 | * | 0.00 | |
| 0066 | ACAR LEASING LTD | VEHICLE SECURE | 452.48 | 100.00% | 169.43 | |
| 0067 | CIT BANK NA | (NEW) MTG Agree | 11,240.72 | 100.00% | 0.00 | |

**Total Paid:  $15,787.32**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $17,180.00        -    Paid to Claims: $12,200.26    -    Admin Costs Paid: $3,587.06   =   Funds on Hand: $1,392.68

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.