Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−22255−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Bailey                                  Judith A. Bailey
   aka Chris Bailey                                     14 South Hall Court
   14 South Hall Court                            Wayne, NJ 07470
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−4116                                           xxx−xx−6081

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

**73** − Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

**74** − Certification in Opposition to Creditor's Certification of Default (related document:73 Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) filed by Creditor CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB) filed by Christopher J. Balala on behalf of Christopher Bailey, Judith A. Bailey. (Balala, Christopher)

Dated: 2/8/18

                                                                       Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court