Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 16−22255−VFP
                                                Chapter: 13
                                                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Bailey | Judith A. Bailey |
| aka Chris Bailey | 14 South Hall Court |
| 14 South Hall Court | Wayne, NJ 07470 |
| Wayne, NJ 07470 | |

Social Security No.:
   xxx−xx−4116                                    xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*73* − Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

*74* − Certification in Opposition to Creditor's Certification of Default (related document:73 Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) filed by Creditor CITBank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB) filed by Christopher J. Balala on behalf of Christopher Bailey, Judith A. Bailey. (Balala, Christopher)

Dated: 2/8/18

                                                                              Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Christopher Bailey
Judith A. Bailey
    Debtors

Case No. 16-22255-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 08, 2018
Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.
```
db/jdb      +Christopher Bailey,   Judith A. Bailey,   14 South Hall Court,   Wayne, NJ 07470-2983
cr          +CIT Bank, N.A. as servicer for Wilmington Trust, N,   c/o Buckley Madole PC,
              99 Wood Ave South #803,   Iselin, NJ 08830-2713
cr         ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
               Southfield, MI 48034)
cr           Indymac Mortgage Services,   Robertson, Anschutz & Schneid P.L.,   Boca Raton, FL 33487,
               UNITED STATES
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*        ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
               Southfield, MI 48034)
```
     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
```
          Christopher J. Balala    on behalf of Joint Debtor Judith A. Bailey cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          Christopher J. Balala    on behalf of Debtor Christopher  Bailey cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor Christopher  Bailey dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          Denise E. Carlon    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A. as servicer for Wilmington Trust,
           National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset
           Backed Securities Trust 2007-2, Asset Backed Certificat nj_ecf_notices@buckleymadole.com,
           NJ_ECF_Notices@McCalla.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigcf@gmail.com
          Justin Plean    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB rsolarz@kmllawgroup.com
```
     TOTAL: 11