**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 087494B

|  |  |
|---|---|
|  | **UNITED STATES BANKRUPTCY COURT** |
|  | **FOR THE DISTRICT OF NEW JERSEY** |

|  |  |  |
|---|---|---|
|  | : | CASE NO. 16-22255-VFP |
| **In re:** | : | CHAPTER 13 |
| **Christopher Bailey** |  |  |
| aka Chris Bailey | : | ENTRY OF APPEARANCE AND |
| **Judith A. Bailey** |  | REQUEST FOR SERVICE |
|  | : | OF NOTICES, PLEADINGS, ETC. |
| **Debtors** |  |  |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, CIT Bank, N.A., and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC            CIT Bank, N.A. c/o
20000 Horizon Way, Suite 900              LoanCare
Mt. Laurel, NJ 08054-4318                 3637 Sentara Way
                                          Virginia Beach, VA 23452-4262

 /s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
CIT Bank, N.A.

DATED:  June 1, 2018