B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Christopher Bailey aka Chris Bailey         Case No. 16-22255-VFP
    Judith A. Bailey

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CIT Bank, N.A. | CIT Bank, N.A., fka OneWest Bank, N.A. fka OneWest Bank, FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CIT Bank, N.A.
c/o LoanCare
PO Box 8068
Virginia Beach, VA 23452

Court Claim # (if known): 10-1

Amount of Claim: $ 570,097.83

Date Claim Filed: 08/12/2016

Phone:                                   Phone:
Last Four Digits of Acct #: 7949         Last Four Digits of Acct. #: 0796

Name and Address where transferee payments should be sent (if different from above):

Phone :
Last Four Digits of Acct #: ]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rob Saltzman                     Date: June 1, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.