Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22255−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher Bailey
aka Chris Bailey
14 South Hall Court
Wayne, NJ 07470

Judith A. Bailey
14 South Hall Court
Wayne, NJ 07470

Social Security No.:
xxx−xx−4116

xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/4/18 at 11:00 AM

to consider and act upon the following:

**90** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/18/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**92** − Certification in Opposition to Trustee's Certification of Default (related document:90 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/18/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Christopher Bailey, Judith A. Bailey. (Stevens, David)

Dated: 9/12/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court