Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−22255−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Bailey                                Judith A. Bailey
   aka Chris Bailey                                  14 South Hall Court
   14 South Hall Court                           Wayne, NJ 07470
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−4116                                          xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      10/18/18
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
$4,867.50

EXPENSES
$23.35

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 14, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-22255-VFP
Christopher Bailey                                                        Chapter 13
Judith A. Bailey
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Sep 14, 2018
                              Form ID: 137             Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db/jdb         +Christopher Bailey,    Judith A. Bailey,   14 South Hall Court,    Wayne, NJ 07470-2983
cr              CIT Bank, N.A.,    c/o LoanCare,   3637 Sentara Way,    Virginia Beach, VA 23452-4262
cr             +CIT Bank, N.A. as servicer for Wilmington Trust, N,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr              Indymac Mortgage Services,    Robertson, Anschutz & Schneid P.L.,    Boca Raton, FL 33487,
                 UNITED STATES
516299111      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO BOX 182852,    Arlinton, TX 76096-2852
516254128      +Atlantic Neurosurgical,    310 Madison Ave, Ste. 300,    Morristown, NJ 07960-6996
516254129      +Brian P. Trava, DMD,    230 Everett Ave.,    Wyckoff, NJ 07481-1943
517568536      +CIT Bank, N.A.,    c/o LoanCare,   PO Box 8068,    Virginia Beach, VA 23450-8068
517568537      +CIT Bank, N.A.,    c/o LoanCare,   PO Box 8068,    Virginia Beach, VA 23452,    CIT Bank, N.A.,
                 c/o LoanCare 23450-8068
516338875      +CIT Bank, N.A.,    P.O. Box 9013,    Addison, Texas 75001-9013
516320676     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
516414841       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516254131      +CarePoint Health Medical Group,    10 Exchange Place,    15th Floor,    Jersey City, NJ 07302-4934
516254133      +Chilton Medical Center,    97 West Parkway,    Pompton Plains, NJ 07444-1696
516254136      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516254138      +David B. Watner, Esq.,    1129 Bloomfield Ave.,    Ste. 208,    Caldwell, NJ 07006-7123
516254139      +ENT and Allergy Associates, LLC,    PO Box 5001,    White Plains, NY 10602-5001
516254141      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516254142      +H Abessi, MD,    502 Hamburg Turnpike,    Ste. 102,   Wayne, NJ 07470-8446
516254143      +HCFS Healthcare Financial Services, LLC,    AKRON Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44331-8203
516254146      +LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
516302998     ++MORRISTOWN PATHOLOGY ASSOCIATES PA,    PO BOX 500,    HACKETTSTOWN NJ 07840-0500
               (address filed with court: Morristown Pathology Assoc.,     65 Madison Ave.,
                 Morristown, NJ 07960)
516254147       Medical Business Bureau, LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
516254148      +Montclair Radiology,    777 Passaic Ave, Ste. 360,    Clifton, NJ 07012-1800
516302999      +NAPA, LLC,   PO Box 49,    Glen Head, NY 11545-0049
516254152      +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
516254153      +NJ Gastro and Endo Assoc., PA,    1825 Route 23 South,    Wayne, NJ 07470-7526
516300310      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516272786       Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
516340135      +New Jersey Turnpike Authority, Esq.,    PO BOX 5042,    Woodbridge, NJ 07095-5042
516254151      +New Jersey Urology,    1515 Broad Street,    Ste. B130,    Bloomfield, NJ 07003-3085
516431457      +North American Partners in Anesthesia NJ,    PO Box 49,    Glen Head, NY 11545-0049
516254157       PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
516254154      +Plains Cardio-Pulmonary Associates,    11-I Brookside Heights,    Wanaque, NJ 07465-1622
516254155      +Pluese, Becker & Saltzman,    20000 Horison Waye, Ste. 900,    Mount Laurel, NJ 08054-4318
516254156     #+Point View Radiology Associates, P.C.,    PO Box 9132,    Brookline, MA 02446-9132
516254158      +Revenue Management Services Corp.,    PO Box 808,    Union, NJ 07083-0808
516254150     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
516254162      +St. Joseph's Hospital,    224 Hamburg Tpke,    Wayne, NJ 07470-2124
516254163      +Suburban Nephrology Group,    342 Hamburg Turnpike,    #201,    Wayne, NJ 07470-2166
516254165      +Township of Wayne,    475 Valley Road,    Wayne, NJ 07470-3532
516254166       UTC Billing Dept.,    PO Box 145465,    Cincinnati, OH 45250-5465
517556864       United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI 53708-8961
516254168      +Wayne EMA,   PO Box 417442,    Boston, MA 02241-7442
516254169      +Wayne Emergency Medical Assoc,    PO Box 5514,    Parsippany, NJ 07054-6514
516254170      +Wayne Pathologists, PA,    PO Box 51048,    Newark, NJ 07101-5148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2018 00:39:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2018 00:39:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516254130       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 00:46:02
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
516291632       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 00:46:45
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516410414      +E-mail/Text: bncmail@w-legal.com Sep 15 2018 00:39:51     CarePoint Health - Hospital,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Sep 14, 2018
                              Form ID: 137             Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516410041       +E-mail/Text: bncmail@w-legal.com Sep 15 2018 00:39:51      CarePoint Health - Physican CHMG,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516254132       +E-mail/Text: bankruptcy@certifiedcollection.com Sep 15 2018 00:39:29
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516254135       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 00:39:28      Comenitycapital/bjsclb,
                 Po Box 182120,    Columbus, OH 43218-2120
516254140       +E-mail/Text: bankruptcies@escallate.com Sep 15 2018 00:38:45      Escallate, LLC,
                 PO Box 645425,    Cincinnati, OH 45264-5425
516254144       +E-mail/Text: cio.bncmail@irs.gov Sep 15 2018 00:39:09      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516254145       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 15 2018 00:38:56      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516398537       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2018 00:39:37      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516254149       +E-mail/PDF: pa_dc_claims@navient.com Sep 15 2018 00:46:49      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516364494        E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 00:39:33
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516254159       +E-mail/Text: bkrpt@retrievalmasters.com Sep 15 2018 00:39:36      RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
516302996       +E-mail/Text: Supportservices@receivablesperformance.com Sep 15 2018 00:40:29
                 Receivables Performance Management, LLC,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
516254161        E-mail/Text: appebnmailbox@sprint.com Sep 15 2018 00:39:36      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
516323721        E-mail/Text: appebnmailbox@sprint.com Sep 15 2018 00:39:36      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
516254160       +E-mail/Text: bankruptcy@savit.com Sep 15 2018 00:40:43      Sa-vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
516254164       +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:45:56      Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
516254167       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 15 2018 00:38:43
                 Verizon Wireless,    PO Box 408,    Newark, NJ 07101-0408
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
cr*            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
516410554*      +CarePoint Health - Physican CHMG,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
516431456*      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516302997*      +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
516254134      ##+CIT Bank, N.A.,    PO Box 78826,    Phoenix, AZ 85062-8826
516254137      ##+Darryl R. Voight OD PC,    879 Black Oak Ridge Road,    Wayne, NJ 07470-6400
                                                                                  TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin              Page 3 of 3            Date Rcvd: Sep 14, 2018
                                Form ID: 137             Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:

```
          David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
           ey.com;mmack@scura.com
          David L. Stevens    on behalf of Debtor Christopher  Bailey dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
           ey.com;mmack@scura.com
          Denise E. Carlon    on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   CIT Bank, N.A. as servicer for Wilmington Trust,
           National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset
           Backed Securities Trust 2007-2, Asset Backed Certificat NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Justin  Plean    on behalf of Creditor   Indymac Mortgage Services bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor   Indymac Mortgage Services bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   CIT Bank, N.A. dnj@pbslaw.org
                                                                                             TOTAL: 10
```