| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>Counsel for the Debtors | **Order Filed on January 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>Christopher Bailey & Judith Bailey<br><br>                                   Debtors. | Case No.:<br>Chapter:<br>Judge: | 16-22255<br>VFP<br>13 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 2, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____09/21/2018_____ :

Property: _____14 South Hall Court. Wayne, NJ 07470_____

Creditor: _____Cit Bank, N.A._____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____03/21/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 16-22255-VFP
Christopher Bailey                                               Chapter 13
Judith A. Bailey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 02, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
db/jdb         +Christopher Bailey,    Judith A. Bailey,    14 South Hall Court,    Wayne, NJ 07470-2983

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              David L. Stevens    on behalf of Debtor Christopher Bailey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              Denise E. Carlon    on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   CIT Bank, N.A. as servicer for Wilmington Trust,
               National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2007-2, Asset Backed Certificat NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Justin Plean    on behalf of Creditor   Indymac Mortgage Services bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor   Indymac Mortgage Services bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor   CIT Bank, N.A. dnj@pbslaw.org
                                                                                              TOTAL: 10