Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−22255−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Bailey                                       Judith A. Bailey
   aka Chris Bailey                                        14 South Hall Court
   14 South Hall Court                               Wayne, NJ 07470
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−4116                                               xxx−xx−6081

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*112* − Creditor's Certification of Default (related document:84 Motion for Relief from Stay re: 2010 Mazda 3. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation, Motion for Relief from Co−Debtor Stay of Amanda Bailey) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 03/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*113* − Certification in Opposition to Creditor's MFR (related document:112 Creditor's Certification of Default (related document:84 Motion for Relief from Stay re: 2010 Mazda 3. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation, Motion for Relief from Co−Debtor Stay of Amanda Bailey) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 03/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by David L. Stevens on behalf of Christopher Bailey, Judith A. Bailey. (Stevens, David)

Dated: 3/12/19

                                                                          Jeanne Naughton
                                                                          Clerk, U.S. Bankruptcy Court