Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22255−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher Bailey                                    Judith A. Bailey
   aka Chris Bailey                                     14 South Hall Court
   14 South Hall Court                               Wayne, NJ 07470
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−4116                                         xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*112* − Creditor's Certification of Default (related document:84 Motion for Relief from Stay re: 2010 Mazda 3. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation, Motion for Relief from Co−Debtor Stay of Amanda Bailey) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 03/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*113* − Certification in Opposition to Creditor's MFR (related document:112 Creditor's Certification of Default (related document:84 Motion for Relief from Stay re: 2010 Mazda 3. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation, Motion for Relief from Co−Debtor Stay of Amanda Bailey) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 03/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by David L. Stevens on behalf of Christopher Bailey, Judith A. Bailey. (Stevens, David)

Dated: 3/12/19

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 16-22255-VFP
Christopher Bailey                                              Chapter 13
Judith A. Bailey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Mar 12, 2019
                             Form ID: ntchrgbk        Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
```
db/jdb      +Christopher Bailey,   Judith A. Bailey,   14 South Hall Court,   Wayne, NJ 07470-2983
cr           CIT Bank, N.A.,   c/o LoanCare,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
cr          +CIT Bank, N.A. as servicer for Wilmington Trust, N,   c/o Buckley Madole PC,
             99 Wood Ave South #803,   Iselin, NJ 08830-2713
cr         ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
               Southfield, MI 48034)
cr           Indymac Mortgage Services,   Robertson, Anschutz & Schneid P.L.,   Boca Raton, FL 33487,
               UNITED STATES
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
               Southfield, MI 48034)
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:
```
              David L. Stevens    on behalf of Joint Debtor Judith A. Bailey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              David L. Stevens    on behalf of Debtor Christopher  Bailey dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A. as servicer for Wilmington Trust,
               National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset
               Backed Securities Trust 2007-2, Asset Backed Certificat NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Justin  Plean    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Indymac Mortgage Services bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    CITBank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    CIT Bank, N.A. dnj@pbslaw.org
                                                                                             TOTAL: 10
```