Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22255−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Bailey | Judith A. Bailey |
| aka Chris Bailey | 14 South Hall Court |
| 14 South Hall Court | Wayne, NJ 07470 |
| Wayne, NJ 07470 | |

Social Security No.:
   xxx−xx−4116                                                                xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/2/19 at 10:00 AM

to consider and act upon the following:

*118* − Application for Extension of Loss Mitigation Period. Filed by David E. Sklar on behalf of Christopher Bailey, Judith A. Bailey. Objection deadline is 4/8/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Sklar, David)

*119* − Certification in Opposition to (related document:118 Application for Extension of Loss Mitigation Period. Filed by David E. Sklar on behalf of Christopher Bailey, Judith A. Bailey. Objection deadline is 4/8/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Joint Debtor Judith A. Bailey, Debtor Christopher Bailey) filed by Robert P. Saltzman on behalf of CIT Bank, N.A.. (Attachments: # 1 Exhibit A − Denial Letter # 2 Exhibit B − Denial Letter # 3 Certificate of Service) (Saltzman, Robert)

Dated: 4/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court