# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:
    CHRISTOPHER BAILEY
    JUDITH A. BAILEY
        Debtor(s)

Case No. 16-22255

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2016.

2) The plan was confirmed on 11/08/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/14/2017, 10/05/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2017, 12/18/2017, 09/04/2018, 04/01/2019.

5) The case was dismissed on 05/20/2019.

6) Number of months from filing or conversion to last payment: 34.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,991.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,715.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**   $23,715.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,344.21 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,220.84 |
| Other | $531.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**   $7,096.05

Attorney fees paid and disclosed by debtor:   $3,000.00

### Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---:|---:|
| SCURA WIGFIELD HEYER & STEVE | Attorney Fee | $3,000.00 | $5,344.21 |

### Other:

| Payee Name | Payee Type | Amount Paid |
|---|---|---:|
| CREDIT ACCEPTANCE CORPORATIO | Administrative | $531.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACAR LEASING LTD | Secured | 0.00 | 452.48 | 452.48 | 209.88 | 0.00 |
| ATLANTIC NEUROSURGICAL | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| BRIAN P TRAVA DMD PA | Unsecured | 714.85 | 714.85 | 714.85 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 3,237.00 | 3,237.90 | 3,237.90 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 362.00 | 372.03 | 372.03 | 0.00 | 0.00 |
| CAREPOINT HEALTH HOSPITAL | Unsecured | NA | 104.10 | 104.10 | 0.00 | 0.00 |
| CAREPOINT HEALTH HOSPITAL | Unsecured | NA | 49,154.86 | 49,154.86 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 100.24 | 100.24 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 300.00 | 300.00 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 300.00 | 300.00 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 348.00 | 348.00 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 168.22 | 168.22 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 348.00 | 348.00 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | NA | 300.00 | 300.00 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | 205.00 | 204.00 | 204.00 | 0.00 | 0.00 |
| CAREPOINT HEALTH PHYSICAN CHM | Unsecured | 238.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| CHILTON MEDICAL CENTER | Unsecured | 6,559.00 | NA | NA | 0.00 | 0.00 |
| CIT BANK NA | Secured | NA | 1,676.46 | 1,676.46 | 1,676.46 | 0.00 |
| CIT BANK NA | Secured | NA | 531.00 | 531.00 | 53.15 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CIT BANK NA | Secured | 0.00 | 13,216.29 | 13,216.29 | 13,216.29 | 0.00 |
| CREDIT ACCEPTANCE | Unsecured | 8,914.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATION | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DARRYL R. VOIGHT OD PC | Unsecured | 499.50 | NA | NA | 0.00 | 0.00 |
| ENT AND ALLERGY ASSOCIATES, LLC | Unsecured | 18.79 | NA | NA | 0.00 | 0.00 |
| H ABESSI, MD | Unsecured | 8,510.60 | NA | NA | 0.00 | 0.00 |
| HCFS HEALTHCARE FINANCIAL SERV | Unsecured | 1,264.00 | NA | NA | 0.00 | 0.00 |
| LABCORP | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| LABCORP | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 377.00 | 377.74 | 377.74 | 0.00 | 0.00 |
| MONTCLAIR RADIOLOGY | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| MORRISTOWN PATHOLOGY ASSOC P | Unsecured | 58.30 | NA | NA | 0.00 | 0.00 |
| NAPA LLC | Unsecured | 5,443.50 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 7,075.00 | 7,097.09 | 7,097.09 | 0.00 | 0.00 |
| NEW JERSEY TURNPIKE AUTHORITY | Unsecured | NA | 4,414.85 | 4,414.85 | 0.00 | 0.00 |
| NEW JERSEY UROLOGY | Unsecured | 17.12 | NA | NA | 0.00 | 0.00 |
| NJ EZ PASS | Unsecured | 51.50 | NA | NA | 0.00 | 0.00 |
| NJ GASTRO AND ENDO ASSOC., PA | Unsecured | 13.57 | NA | NA | 0.00 | 0.00 |
| PLAINS CARDIO-PULMONARY ASSOC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| POINT VIEW RADIOLOGY ASSOCIATE | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| POINT VIEW RADIOLOGY ASSOCIATE | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| PSE&G | Unsecured | 5,162.29 | NA | NA | 0.00 | 0.00 |
| PSE&G | Unsecured | 5,162.29 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,797.00 | 2,893.72 | 2,893.72 | 0.00 | 0.00 |
| RMCB | Unsecured | 310.75 | NA | NA | 0.00 | 0.00 |
| SA-VIT COLLECTION AGEN | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,586.03 | 1,604.42 | 1,604.42 | 0.00 | 0.00 |
| ST. JOSEPH'S HOSPITAL | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN NEPHROLOGY GROUP | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| TOWNSHIP OF WAYNE | Secured | 566.57 | 566.57 | 566.57 | 248.75 | 0.00 |
| UNITED STATES TREASURY/IRS | Priority | 1,214.42 | 1,214.42 | 1,214.42 | 1,214.42 | 0.00 |
| UNITED STATES TREASURY/IRS | Unsecured | NA | 146.89 | 146.89 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 20,052.00 | 20,033.64 | 20,033.64 | 0.00 | 0.00 |
| UTC BILLING DEPT. | Unsecured | 71.16 | NA | NA | 0.00 | 0.00 |
| UTC BILLING DEPT. | Unsecured | 127.08 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 435.51 | NA | NA | 0.00 | 0.00 |
| WAYNE EMA | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| WAYNE PATHOLOGISTS, PA | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,423.75 | $14,945.90 | $0.00 |
| Debt Secured by Vehicle | $452.48 | $209.88 | $0.00 |
| All Other Secured | $566.57 | $248.75 | $0.00 |
| **TOTAL SECURED:** | **$16,442.80** | **$15,404.53** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,214.42 | $1,214.42 | $0.00 |
| **TOTAL PRIORITY:** | **$1,214.42** | **$1,214.42** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$92,520.55** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $7,096.05 |
| Disbursements to Creditors | $16,618.95 |
| **TOTAL DISBURSEMENTS:** | **$23,715.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/18/2019                By: /s/ Marie-Ann Greenberg
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**