Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 16−22255−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Bailey | Judith A. Bailey |
| aka Chris Bailey | 14 South Hall Court |
| 14 South Hall Court | Wayne, NJ 07470 |
| Wayne, NJ 07470 | |

Social Security No.:
  xxx−xx−4116                                       xxx−xx−6081

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 19, 2019</u>            <u>Vincent F. Papalia</u>
                                       Judge, United States Bankruptcy Court